NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
THOMAS D. COKER (SBN 136820)
Assistant United States Attorney
Chief, Tax Division
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2454
    Facsimile: (213) 894-0115
    E-mail: Thomas.Coker@usdoj.gov
Attorneys for United States of America

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>CERTAIN MATTERS PENDING BEFORE THE BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | MISC. NO. 1:19-mp-00101-MT<br><br>All Chapters<br><br>HON. MAUREEN A. TIGHE<br>Chief U.S. Bankruptcy Judge<br><br>NOTICE OF APPROPRIATION OF FUNDS FOR THE DEPARTMENT OF JUSTICE |

Notice is hereby given that funds have been appropriated for the Department of Justice, Internal Revenue Service, Small Business Administration, and other federal agencies referenced in the Government's "Omnibus Motion for Enlargement of Deadlines and a Stay of Proceedings in which the United States Government is a Party in Light of Lapse of Appropriations" (Docket No. 2), by way of a continuing resolution, effective through February 15, 2019.

Dated: January 29, 2019          Respectfully submitted,

                                       NICOLA T. HANNA
                                       United States Attorney
                                        /s/ Thomas D. Coker_____
                                       THOMAS D. COKER
                                       Assistant United States Attorney
                                       Chief, Tax Division
                                       DAVID M. HARRIS
                                       Assistant United States Attorney
                                       Chief, Civil Division
                                       Attorneys for UNITED STATES OF AMERICA

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 300 N. Los Angeles Street, Room 7211, Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled, **NOTICE OF APPROPRIATION OF FUNDS FOR THE DEPARTMENT OF JUSTICE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/29/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 1/29/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy se or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in
the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**U.S. Mail**
Honorable Maureen A. Tighe, Chief Judge
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 324
Woodland Hills, CA 91367

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/29/2019 | Amanda Hernandez | /s/ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**PROOF OF SERVICE ATTACHMENT**

**SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| **PETER ANDERSON** <br> **UNITED STATES TRUSTEE (REGION 16)** <br> Office of The United States Trustee <br> 915 Wilshire Blvd., Suite 1850 <br> Los Angeles, California 90017 | **Kathy A. Dockery, Chapter 13 Trustee** <br> 801 Figueroa Street Suite 1850 <br> Los Angeles, CA 90017 |
| **Office of The United States Trustee** <br> 3801 University Ave., Suite 720 <br> Riverside, CA 92501 | **Elizabeth F. Rojas, Chapter 13 Trustee** <br> 15060 Ventura Blvd., Suite 240 <br> Sherman Oaks, CA 91403 |
| **Office of The United States Trustee** <br> 411 West Fourth Street, Suite 7160 <br> Santa Ana, CA 92701 | |
| **Office of The United States Trustee** <br> 21041 Burbank Blvd., Suite 100 <br> Woodland Hills, CA 91367 | |
| **Office of The United States Trustee** <br> 1415 State Street, Suite 148 <br> Santa Barbara CA, 93101 | |
| **Amrane Cohen, Chapter 13 Trustee** <br> 770 The City Drive South, Suite 8500 <br> Orange, CA 92868 | |
| **Nancy K. Curry, Chapter 13 Trustee** <br> 1000 Wilshire Blvd., Suite 870 <br> Los Angeles, CA 90017 | |
| **Rodney A. Danielson, Chapter 13 Trustee** <br> 3787 University Avenue <br> Riverside, CA 92501 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 **F 9013-3.1.PROOF.SERVICE**