PILLSBURY WINTHROP SHAW PITTMAN LLP
MATTHEW S. WALKER (101470)
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
Telephone:   858.509.4000
Facsimile:   858.509.4010
matthew.walker@pillsburylaw.com

Attorneys for secured creditor
Pillsbury Winthrop Shaw Pittman LLP

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

RUBY'S DINERS, INC., a California corporation, et al.,[1]

      Debtors and Debtors-in-Possession,

Affects:

☒  All Debtors

☐  RUBY'S DINERS, INC., ONLY

☐  RUBY'S SOCAL DINERS, LLC, ONLY

☐  RUBY'S QUALITY DINERS, LLC, ONLY

☐  RUBY'S HUNTINGTON BEACH, LTD., ONLY

☐  RUBY'S LAGUNA HILLS, LTD. ONLY

☐  RUBY'S OCEANSIDE, LTD., ONLY

☐  RUBY'S PALM SPRINGS, LTD., ONLY

Case No. 8:18-bk-13311-CB
Chapter 11

(Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB)

CONDITIONAL OBJECTION TO DEBTORS' MOTIONS FOR ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL, AND (C) GRANTING RELATED RELIEF; AND REQUEST FOR ADEQUATE PROTECTION

Date:        January 16, 2019
Time:        10:00 a.m.
Courtroom:  5D
Address:    411 West Fourth Street
            Santa Ana, CA 92701

Hon. Catherine E. Bauer

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Ruby's Diners, Inc. (8143); Ruby's SoCal Diners, LLC (9782); Ruby's Quality Diners, LLC (1539); Ruby's Huntington Beach, Ltd. (1331); Ruby's Laguna Hills, Ltd. (6603); Ruby's Oceanside, Ltd. (9104); and Ruby Palm Springs, Ltd. (9627).

4811-4630-5924.v4

1   Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), a secured creditor, hereby files this

2   conditional objection and request for adequate protection.

3   For the reasons stated below, Pillsbury conditionally objects to the: (1) six motions titled

4   "Emergency Motion by Debtors for Order (A) Authorizing Interim Use of Cash Collateral, (B)

5   Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief"

6   filed by Ruby's SoCal Diners, LLC; Ruby's Quality Diners, LLC; Ruby's Huntington Beach, Ltd.;

7   Ruby's Laguna Hills, Ltd.; Ruby's Oceanside, Ltd.; and Ruby Palm Springs, Ltd. (collectively, the

8   "Ruby's SoCal Debtors") on August 30, 2018 in the bankruptcy case Nos. 8:18-bk-13197-CB; 8:18-

9   bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB, now

10  administratively consolidated under case No. 8:18-bk-13311-CB; and (2) the motion titled

11  "Emergency Motion by Debtor for Order (A) Authorizing Interim Use of Cash Collateral, (B)

12  Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief"

13  filed on September 5, 2018 by Ruby's Diner, Inc. ("RDI") as docket No. 7 in bankruptcy case

14  number 8:18-bk-13311-CB

15  **I.     INTRODUCTION**

16  Since the first hearings in these cases, Pillsbury has consented to entry of interim cash

17  collateral orders because those orders included protections for Pillsbury's secured interests: (a) a

18  replacement lien in each Debtor's postpetition assets to the extent such liens would have been

19  encumbered by Pillsbury's prepetition liens, with the same validity, priority and avoidability as

20  Pillsbury's prepetition liens; and (b) a superpriority claim to the extent the replacement liens fail to

21  provide Pillsbury with adequate protection.

22  However, the status of these protections is now uncertain, as a result of the December 18,

23  2018 Order Approving Third Stipulation (A) Authorizing Interim Use Of Cash Collateral And (B)

24  Granting Adequate Protection For Use Of Prepetition Collateral [Dkt. No. 165] (the "December 18,

25  2018 Order"). This order partially approved a Third Stipulation for Order (A) Authorizing Interim

26  Use Of Cash Collateral And (B) Granting Adequate Protection For Use Of Prepetition Collateral (the

27  "Third Stipulation") [Dkt. No. 163] between some of the Debtors and Opus Bank authorizing the

28  continued use of cash collateral. The December 18, 2018 Order struck paragraphs 13 and 15(e) from

2

1   the Third Stipulation.  Paragraph 13 carried on the protections which Pillsbury and other secured

2   creditors had received since the beginning of these cases – the paragraph stated that the Debtors'

3   other secured creditors were granted replacement liens with the same priority, validity and

4   enforceability as their prepetition liens and superpriority claims to the extent they were deprived of

5   adequate protection.  Pillsbury understands that this portion of the December 18, 2018 Order was

6   added by the Court, which suggests the Court intended to deny Pillsbury and other creditors

7   adequate protection.  However, the Court did not strike or purport to modify the previous orders

8   granting Pillsbury and other creditors adequate protection.   The state of Pillsbury's protections is

9   uncertain, and for that reason alone Pillsbury objects.

10   Pillsbury respectfully notes that the use of cash collateral was discussed at the December 18,

11   2018 hearing in this case and no objection was raised to continuing the protections accorded

12   Pillsbury under the Court's prior orders.  In this sense, the December 18, 2018 Order came as a

13   complete surprise.

14   To the extent the protections accorded Pillsbury in the prior interim cash collateral orders are

15   no longer in effect, Pillsbury objects to the use of its cash collateral and pursuant to Bankruptcy

16   Code section 363(e) requests adequate protection of its secured interests.

17   **II.    DISCUSSION**

18   **A.    Pillsbury's Secured Claim**

19   Pillsbury is a judgment creditor of several of the Debtors: Ruby's Diner, Inc., Ruby's SoCal

20   Diners, LLC, Ruby's Huntington Beach, Ltd., Ruby's Oceanside, Ltd. and Ruby's Palm Springs,

21   Ltd. (collectively, the "Judgment Debtors").  The judgment, in the amount of $617,453.74, was

22   entered on April 27, 2018. A copy of the judgment is attached hereto as Exhibit A. Pillsbury's

23   judgment is not against Debtors Ruby's Laguna Hills, Ltd. or Ruby's Quality Diners, LLC.

24   Pillsbury's judgment is also against a non-debtor: Ruby's Diner Laguna Beach.

25   Pillsbury's judgment is secured by abstracts of judgment recorded in San Diego County, Los

26   Angeles County, Orange County and Riverside County, all on May 4, 2018.  Copies of the abstracts

27   of judgment are attached hereto collectively as Exhibit B.  Pillsbury's judgment is also secured by a

28   personal property judgment lien resulting from the filing of a Notice of Judgment Lien with the

4811-4630-5924.v4

1  California Secretary of State on June 14, 2018.  Pursuant to California Code of Civil Procedure

2  section 697.530, this filing encumbered the Judgment Debtors' accounts receivable owing from a

3  judgment debtor in this state, equipment, inventory and other personal property.  A true copy of the

4  filed Notice of Judgment Lien is attached hereto as Exhibit C.

5    Although the Notice of Judgment Lien was filed within 90 days of the petition dates in these

6  cases, Pillsbury's personal property judgment lien is not avoidable as a preference, at least as to most

7  of the Debtors.  The "First Day" declaration by Douglas S. Cavanaugh states that, with respect to all

8  of the "Ruby's SoCal Debtors" (the Debtors other than RDI[2]): "The Debtors are solvent and it is

9  anticipated that the allowed claims of all of the creditor [sic] of the Debtors will be paid in full."

10  [Case No. 18-13197; Dkt. No. 20, p.5, ¶ 10.]  In this regard, the schedules for Ruby's SoCal Diners

11  and Ruby's Huntington Beach show that these Debtors are solvent.  Moreover, although it appears

12  from their schedules that most of the other Ruby's SoCal Debtors are insolvent, this is not the case

13  because the Debtors are co-liable for most of the same secured obligations.  Six of the Debtors are

14  liable for the $2,163,123.78 owed Opus Bank, five are liable for the amount owed Pillsbury and four

15  are liable for the amount owed C & C Partnership.  Assuming each of the Debtors paid its

16  percentage share of the amounts which each owes these secured creditors, then *all of the Ruby's*

17  *SoCal Debtors* (the Debtors other than RDI) *are solvent.*

18    The following chart sets forth the Debtors' assets and liabilities as shown in their schedules.

| Name | Assets | Total Liabilities (Inc. Dup. Claims) | Liable for: |
|---|---|---|---|
| Ruby's Diner, Inc. | $5,948,742.40 | $12,509,922.08 | Pillsbury |
| Ruby's SoCal Diners, LLC | $4,582,063.50 | $3,723,577.52 | C&C, Opus, Pillsbury |
| Ruby's Huntington Beach | $4,461,356 | $3,623,094.45 | C&C, Opus, Pillsbury |
| Ruby's Laguna Hills | $951,571 | $2,364,190.44 | Opus |
| Ruby's Oceanside | $2,359,398.14 | $3,428,084.65 | C&C, Opus, Pillsbury |
| Ruby's Palm Springs | $901,850.50 | $3,297,022.75 | C&C, Opus, Pillsbury |
| Ruby's Quality Diners, LLC | $2,291,031.50 | $2,163,123.78 | Opus |
| | | | |
| Total | $21,496,013.04 | $31,109,015.67 | |
| Secured Claim Duplication | | $14,035,433.86 | |
| Total Less Duplication | $21,496,013.04 | $17,073,581.81 | |

---

[2] Ruby's Franchise System, Inc. is not a debtor in this case and not included in the Ruby's SoCal Debtors.

4

1    RDI is clearly insolvent.  But, *all of* the Ruby's SoCal Debtors are solvent if each Debtor

2    only pays a pro-rata share of the secured obligations for which is it co-liable with the other Debtors.

3    Of course, perfecting a lien during the preference period is not a preferential transfer if the debtor is

4    solvent. 11 U.S.C. § 547(b)(3).

5    **B.    Pillsbury Has Received Adequate Protection Since the Beginning of These Cases**

6    The Ruby's SoCal Debtors filed six bankruptcy cases on August 29, 2018. On August 30,

7    2018, the Ruby's SoCal Debtors filed six emergency motions for orders authorizing use of cash

8    collateral and related relief.  (These motions are identified in the second paragraph of this

9    conditional objection and request for adequate protection.)  The cases were administratively

10    consolidated under case number 18-13197.  Opus Bank filed an objection.  [Dkt. No. 22.]

11    Thereafter, the Ruby's SoCal Debtors, Opus Bank and Pillsbury entered into a stipulation

12    authorizing the use of cash collateral.  [Case No. 18-13197; Dkt. No. 33.]  Among other things, the

13    stipulation provided that "each of the Secured Creditors are granted postpetition replacement liens to

14    the full value of their existing collateral and the proceeds thereof with the same extent, validity and

15    priority as existed prepetition." *Id.* at ¶ 2.  The stipulation also provided that: "All other Secured

16    Creditors are also granted superpriority claims under Section 507(b) of the Bankruptcy Code in the

17    event of any diminution in such Secured Creditor's collateral." *Id.* at ¶ 3.  The Court entered an

18    interim order approving the stipulation and authorizing the use of cash collateral, and setting a

19    continued hearing for September 24, 2018 (the "First Cash Collateral Order") [Case No. 18-13197;

20    Dkt. No. 34].

21    RDI filed bankruptcy on September 5, 2018. The bankruptcy cases filed by the Ruby's SoCal

22    Debtors were administratively consolidated with RDA's case under Case No. 18-13311.

23    RDI filed an emergency motion for authorization to use cash collateral on September 5.

24    [Dkt. No. 7.] On September 10, 2018, the Court entered an "Order Granting Debtor's Motion For

25    Order (A) Authorizing Interim Use Of Cash Collateral, (B) Granting Adequate Protection For Use

26    Of Prepetition Collateral, and (C) Granting Related Relief" (the "Second Cash Collateral Order")

27    [Dkt. No. 30].  This order, which applied to all Debtors, granted each of the secured creditors,

28    including Pillsbury, "a postpetition replacement lien to the full value of its existing collateral and the

4811-4630-5924.v4

1 proceeds thereof with the same extent, validity and priority as existed prepetition", and "a

2 superpriority claim under section 507(b) of the Bankruptcy Code in the event of any diminution in

3 such Secured Creditor's collateral." *Id.* at ¶¶ 2 & 4.  The Second Cash Collateral Order also

4 scheduled a final cash collateral hearing for September 24, 2018.

5   In anticipation of the September 24, 2018 hearing, on September 14, 2018, Pillsbury filed a

6 "Pillsbury's Statement of Position Regarding Debtors' Motions For Orders (A) Authorizing Use Of

7 Cash Collateral, (B) Granting Adequate Protection For Use Of Prepetition Collateral, and (C)

8 Granting Related Relief" (the "Statement") [Dkt. No. 62].  The Statement recounted that Pillsbury

9 had consented to the use of cash collateral provided that it receive a replacement lien and

10 superpriority claim to the extent of any degradation in its collateral position, and continued to

11 consent to the use of cash collateral on that basis.  The matter was heard on September 24, 2018, but

12 no order specific to this hearing other than a minute order continuing the matter to October 22, 2018

13 was entered.

14   At 8:30 a.m. on October 22, 2018, Opus Bank filed a "Second Stipulation For Order (A)

15 Authorizing Interim Use Of Cash Collateral, (B) Granting Adequate Protection For Use Of

16 Prepetition Collateral, and (C) Granting Related Relief." [Dkt. No. 121.]  This stipulation, between

17 Opus Bank and the Ruby's SoCal Debtors, authorized continued use of cash collateral subject to the

18 provisions of the First Cash Collateral Order and some additional conditions not relevant here.  This

19 stipulation provided that it was a supplement to the First Cash Collateral Order, and that the

20 provisions of the First Cash Collateral Order would remain in effect.  The Court held a hearing at

21 10:00 a.m. that day, and continued the cash collateral hearings to November 2, 2018.  At the

22 November 2, 2018 hearing, the Court continued cash collateral matters to December 2018.  Other

23 than minute orders scheduling hearings, no orders addressing the Debtors' use of Pillsbury's or Opus

24 Bank's cash collateral were entered in this period.

25   On November 20, 2018, Opus Bank filed another "Second Stipulation For Order (A)

26 Authorizing Interim Use Of Cash Collateral, (B) Granting Adequate Protection For Use Of

27 Prepetition Collateral, and (C) Granting Related Relief" (the "Second Stipulation") [Dkt. No. 141].

28 The Second Stipulation, also between Opus Bank and the Ruby's SoCal Debtors, provided for

4811-4630-5924.v4

1    continued use of cash collateral subject to significant new terms and conditions.  The Second

2    Stipulation provided it was a supplement to the "First Order" (i.e. the First Cash Collateral Order),

3    and expressly stated that the First Order remained in full force and effect with respect to Pillsbury

4    and the other secured creditors (p. 2, l. 24 – p. 3, l. 1 and p. 11, ll. 8-11).  Opus Bank served notice of

5    a December 14, 2018 hearing on the Second Stipulation, and later served notice of a December 18,

6    2018 hearing on the Second Stipulation.  [Dkt. Nos. 144 and 158.]

7            Shortly before midnight on December 17, 2018, Opus Bank filed a "Third Stipulation For

8    Order (A) Authorizing Interim Use Of Cash Collateral, (B) Granting Adequate Protection For Use

9    Of Prepetition Collateral, and (C) Granting Related Relief" (the "Third Stipulation") [Dkt. No. 163].

10   This stipulation was also between Opus Bank and the Ruby's SoCal Debtors and also authorized the

11   continued use of cash collateral subject to a number of terms and conditions.  The Third Stipulation

12   did not describe itself as a supplement to the First Cash Collateral Order.  Rather, in paragraph 13,

13   the Third Stipulation provided the same protections for Pillsbury and the other secured creditors

14   which were set forth in the First Cash Collateral Order.

15          Pillsbury appeared telephonically at the December 18, 2018 hearing.  There was significant

16   discussion about the late filing of documents, but no objections to Pillsbury and the other secured

17   creditors continuing to receive the same protections they has been accorded since the beginning of

18   these cases.  Nevertheless, the Court entered the December 18, 2018 Order [Dkt. No. 165] and

19   specifically struck paragraph 13 providing protection for Pillsbury and other secured creditors.

20   **C.       The Status of Pillsbury's Adequate Protection is Unknown**

21          Nothing in the December 18, 2018 Order purports to eliminate the adequate protection

22   granted Pillsbury in the First Cash Collateral Order or Second Cash Collateral Order.  Also, the

23   December 18, 2018 Order affects only the Ruby's SoCal Debtors, whereas the Second Cash

24   Collateral Order covered all the Debtors.  Nevertheless, the Court's decision to strike paragraph 13

25   suggests the Court's intention was to deny Pillsbury replacement liens and a superpriority claim.

26   Pillsbury respectfully requests the Court's clarification of the Court's intentions with respect to

27   December 18, 2018 Order.

28

4811-4630-5924.v4

1    Pillsbury is willing to consent to the continued use of cash collateral provided the previously

2    granted protections continue. But if those protections have been cut off, then Pillsbury's consent to

3    use of cash collateral has been vitiated.

4    **III.    THE DEBTORS MAY NOT USE PILLSBURY'S CASH COLLATERAL WITHOUT**

5    **ITS CONSENT UNLESS THEY DEMONSTRATE PILLSBURY IS ADEQUATELY**

6    **PROTECTED, WHICH THEY HAVE NOT DONE**

7    **A.    Pillsbury is Entitled to Adequate Protection of its Secured Interests**

8    As demonstrated above, Pillsbury has a valid and perfected real and personal property

9    judgment liens in the Judgment Debtors' accounts receivable and other assets.

10    The Bankruptcy Code requires, as a condition to the Judgment Debtors' use of Pillsbury's

11    cash collateral, that the Judgment Debtors or the Court provide Pillsbury with adequate protection.

12    11 U.S.C. §§ 363(c)(2)(B) & 363(e). "[O]n request of an entity that has an interest in property …

13    proposed to be used, sold, or leased, by the trustee, the court, with or without a hearing, shall

14    prohibit or condition such use, sale, or lease as is necessary to provide adequate protection of such

15    interest." 11 U.S.C. § 363(e). Pillsbury is willing to consent to the use of its cash collateral if the

16    previously granted protections continue uninterrupted. If not, Pillsbury requests adequate protection

17    of its secured interests pursuant to Section 363(e).

18    Adequate protection protects against a decline in the value of the creditor's collateral. *In re*

19    *Price*, *370 F.3d 362*, 379 (3d Cir. 2004) ("A secured creditor retains the right to 'adequate

20    protection' of its collateral, which means it is entitled to have the value of its collateral maintained at

21    all times.").

22    **B.    The Debtors Bear the Burden of Proving Pillsbury is Adequately Protected**

23    Debtors bear the burden of proof as to adequate protection. 11 U.S.C. § 363(p)(1). *In re*

24    *Roach Auto., L.P.*, 540 B.R. 146, 151 (Bankr. W.D. Pa. 2007) ("The burden of proof on the issue of

25    adequate protection falls squarely on the Debtor."); *In re Lexington Hospitality. Grp., LLC*, 2017

26    WL 5035081, at *5 (Bankr. E.D. Ky. Nov. 1, 2017) ("The Debtor has the burden of proof on the

27    issue of adequate protection.").

28

4811-4630-5924.v4

1    It is well established that a debtor may not shift the risk incumbent in its operations to the

2  secured creditor. *See, In re Castleton Assoc, Ltd. P'ship*, 109 B.R. 347, 351 (Bankr. S.D. Ind. 1989).

3  *See, also, In re Anderson Oaks (Phase I Ltd. Partnership)*, 77 B.R. 108 (Bankr. W.D.Tex. 1987); *In*

4  *re D&F Constr., Inc.*, 865 F.2d 673 (5th Cir. 1989); *In re TCI 2 Holdings, LLC*, 428 B.R. 117, 163

5  (Bankr. D.N.J. 2010) (under a plan, the treatment accorded a secured creditor "must not unduly shift

6  the risk of failure to the secured creditor").

7  **C.    The Debtors Have Not Demonstrated That Pillsbury is Adequately Protected**

8    The Debtors have not attempted to demonstrate that Pillsbury is adequately protected.

9  Without a replacement lien, there is no possibility of providing Pillsbury with adequate protection,

10  unless Pillsbury's real property judgment liens are deemed sufficiently valuable to protect its entire

11  secured claim, which seems unlikely.

12  **IV.    CONCLUSION**

13    Pillsbury does not object to continued use of its cash collateral provided the previously

14  granted protections continue uninterrupted. Absent such protections, Pillsbury refuses to consent to

15  use of its cash collateral and requests adequate protection pursuant to Bankruptcy Code section

16  363(e).

17   Dated:  January 8, 2019                    PILLSBURY WINTHROP SHAW PITTMAN LLP

18

19                                              /s/  Matthew S. Walker

20                                              By:  Matthew S. Walker

21                                              Attorneys for secured creditor
                                                Pillsbury Winthrop Shaw Pittman LLP

22

23

24

25

26

27

28

4811-4630-5924.v4

# EXHIBIT A

Superior Court of California,
County of Orange
04/25/2018 at 12:27:57 PM
Clerk of the Superior Court
By eClerk, Deputy Clerk

3660689

1 | PILLSBURY WINTHROP SHAW PITTMAN LLP
   | BARBARA L. CROUTCH SB#151428
2 | barbara.croutch@pillsburylaw.com
   | 725 South Figueroa Street, Suite 2800
3 | Los Angeles, CA 90017-5406
   | Telephone: (213) 488-7100
4 | Facsimile: (213) 629-1033

5 | PILLSBURY WINTHROP SHAW PITTMAN LLP
   | JOHN M. GRENFELL SB#88500
6 | john.grenfell@pillsburylaw.com
   | Four Embarcadero Center, 22nd Floor
7 | San Francisco, CA 94111-5998
   | Telephone: (415) 983-1000
8 | Facsimile: (415) 983-1200

9 | Attorneys for Claimant
   | PILLSBURY WINTHROP SHAW PITTMAN LLP

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

APR 27 2018

DAVID H. YAMASAKI, Clerk of the Court

BY: _____DEPUTY

10

11

SUPERIOR COURT OF THE STATE OF CALIFORNIA

12

IN AND FOR THE COUNTY OF ORANGE

13

14 | PILLSBURY WINTHROP SHAW
15 | PITTMAN LLP,
16 |                          Petitioner,
17 |          v.
18 | THE RUBY RESTAURANT GROUP,
   | RUBY'S DINER LAGUNA BEACH, AND
19 | RUBY'S DINER, INC., RUBY'S SOCAL
   | DINERS, LLC, RUBY'S HUNTINGTON
20 | BEACH, LTD., RUBY'S OCEANSIDE, and
   | RUBY'S PALM SPRINGS, LTD.
21 |
22 |                          Respondents.

Case No. 30-2018-00986898-CU-EN-CJC

[PROPOSED] ORDER CONFIRMING
CONTRACTUAL STIPULATED
ARBITRATION AWARD AND
ENTERING JUDGMENT THEREON

Date: April 27, 2018
Time: 8:30 am
Dept: C-14
Judge: Hon. Jeffrey Moss

23

24

25

26

27 | 1067293.1

28

4814-5600-5680.v2

1

2   Petitioner Pillsbury Winthrop Shaw Pittman LLP is a party to an underlying arbitration that

3   was presided over by Arbitrator Daniel Ben-Zvi of the American Arbitration Association ("AAA").

4   Petitioner now seeks judicial confirmation of the Stipulated Award, which was issued on April 29,

5   2016. The Stipulated Award is attached to this Order and Judgment as Exhibit A.

6   Based on the matters set forth in Petitioners' Petition and the evidence submitted in support

7   thereof, and good cause appearing:

8   Pursuant to California Code of Civil Procedure section 1287.4, the Stipulated Award is

9   CONFIRMED in all respects.

10   JUDGMENT IS HEREBY ENTERED in favor of Petitioner as follows:

11   Respondents Ruby's Diner Laguna Beach, Ruby's Diner, Inc., and Ruby's SoCal Diners,

12   LLC, Ruby's Huntington Beach, Ltd., Ruby's Oceanside, Ltd., and Ruby's Palm Springs, Ltd.,

13   shall pay to Petitioner the following amount: $617,453.74.

14   Petitioner is entitled to pre-judgment interest at the statutory rate from December 31, 2017,

15   to the date of this Order. Petitioner is further entitled to post-judgment interest at the statutory rate

16   from the date of this Order until such judgment is paid in full.

17   DATED: 4/27/16

18                                                    _____

19                                                    Judge of the Superior Court

20                                                    ROBERT J. MOSS

21

22

23

24

25

26

27   1067293.1

28   [PROPOSED] ORDER CONFIRMING CONTRACTUAL STIPULATED
ARBITRATION AWARD AND ENTERING JUDGMENT THEREON

4814-5600-5680.v2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTINE A. SCHEUNEMAN
christine.scheuneman@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL
john.grenfell@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Claimant
PILLSBURY WINTHROP SHAW PITTMAN LLP

AMERICAN ARBITRATION ASSOCIATION

COMMERCIAL ARBITRATION TRIBUNAL - LOS ANGELES

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP, | No. 01-15-0004-5302 |
| Claimant, | AMENDED STIPULATED ARBITRATION AWARD NUNC PRO TUNC PURSUANT TO SETTLEMENT |
| v. | |
| THE RUBY RESTAURANT GROUP, RUBY'S DINER. LAGUNA BEACH, AND RUBY'S DINER, INC., | Arbitrator: Daniel Ben-Zvi |
| Respondents. | |

1

AMENDED STIPULATED ARBITRATION AWARD
NUNC PRO TUNC PURSUANT TO SETTLEMENT

4830-5429-8930.v1

1067293.1

4

[PROPOSED] ORDER CONFIRMING CONTRACTUAL STIPULATED
ARBITRATION AWARD AND ENTERING JUDGMENT THEREON

4814-5600-5680.v2

1       This matter came before the Arbitrator in connection with the Commercial Arbitration

2   Rules Demand for Arbitration, dated August 5, 2015 (the "Arbitration Demand") by Claimant

3   Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury").

4       The parties have entered into a Settlement Agreement and Release of Claims ("Settlement")

5   with respect to the subject matter of the Arbitration Demand, and have also entered into a First

6   Amendment thereto for the purpose of correctly identifying the parties to the Settlement.  The

7   Settlement (as amended) provides in pertinent part that the Arbitrator will issue a Stipulated

8   Award. In addition, the parties have agreed that, in order to effectuate the terms of the Settlement

9   (as amended), additional parties shall submit to the jurisdiction of the American Arbitration

10  Association in this matter and shall be subject to the terms of the Stipulated Award and any

11  Judgement entered thereon.

12      Having considered the Arbitration Demand, the Settlement Agreement and First

13  Amendment thereto, and being fully advised in the premises, the Arbitrator hereby awards the

14  following against Respondents Ruby's Diner Laguna Beach, Ruby's Diner, Inc., and The Ruby

15  Restaurant Group, and against Ruby's SoCal Diners, LLC, Ruby's Huntington Beach, Ltd., Ruby's

16  Oceanside, Ltd., and Ruby's Palm Springs, Ltd., jointly and severally:

17      The principal sum of $667,453.74.

18  DATED this 7th day of July 2016.

19

20                          Daniel Ben-Zvi

21

22

23

24

25

26

27

28  208839  ... 1                           2                  AMENDED STIPUALTED ARBITRATION AWARD
                                                               NUNC PRO TUNC PURSUANT TO SETTLEMENT

4830-5429-8930.v1

[PROPOSED] ORDER CONFIRMING CONTRACTUAL STIPULATED
ARBITRATION AWARD AND ENTERING JUDGMENT THEREON

4814-5600-5680.v2

# EXHIBIT B

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
PILLSBURY WINTHROP SHAW PITTMAN LLP
BARBARA L. CROUTCH SB#151428
725 South Figueroa St., Suite 2800
Los Angeles, CA 90017-5406

TEL. NO.: (213) 488-7100   FAX NO. *(optional)*: (213) 629-1033
E-MAIL ADDRESS *(Optional)*:

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

**2018-0175631**

05/04/2018 04:46 PM Fee: $ 105.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

FOR RECORDER'S USE ONLY

466

PLAINTIFF: PILLSBURY WINTHROP SHAW PITTMAN LLP

DEFENDANT: THE RUBY RESTAURANT GROUP, etc., et al.

CASE NUMBER:
30-2018-00986898-CU-EN-CJC

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**        [ ] Amended

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌
      Ruby's Diner Laguna Beach, 30622 S. Coast Highway,
      Laguna Beach, CA 92651
      └
   b. Driver's license no. [last 4 digits] and state:        [X] Unknown
   c. Social security no. [last 4 digits]:        [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626
      Tel: (310) 277-6910

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 S. Figueroa St., Suite 2800 Los Angeles, CA 90017

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: May 3, 2018
Barbara L. Croutch

(TYPE OR PRINT NAME)

▶ *Barbara L. Croutch*

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $617,453.74

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* April 27, 2018
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
5/4/18
David H. Yamasaki, Clerk of the Court

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by        , Deputy        A. DANG

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF:  PILLSBURY WINTHROP SHAW PITTMAN LLP | COURT CASE NO.: |
|---|---|
| DEFENDANT:  THE RUBY RESTAURANT GROUP, etc., et al. | 30-2018-00986898-CU-EN-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14.   Judgment creditor *(name and address):*

15.   ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address
Ruby's Diner, Inc., 201 Shipyard Way, Suite E, Newport
Beach, CA 92663

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center
Tower, 650 Town Center Drive, Suite 1500, Costa Mesa,
CA 92626 Tel: (310) 277-6910

17.          Name and last known address
Ruby's SoCal Diners, LLC, 557 Wald, Irvine, CA 92618

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center
Tower, 650 Town Center Drive, Suite 1500, Costa Mesa,
CA 92626 Tel: (310) 277-6910

18.          Name and last known address
Ruby's Huntington Beach, Ltd., 557 Wald, Irvine, CA
92618

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center
Tower, 650 Town Center Drive, Suite 1500, Costa Mesa,
CA 92626 Tel: (310) 277-6910

19.          Name and last known address
Ruby's Oceanside, Ltd., 557 Wald, Irvine, CA 92618

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center
Tower, 650 Town Center Drive, Suite 1500, Costa Mesa,
CA 92626 Tel: (310) 277-6910

20.   ☒ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

| PLAINTIFF: PILLSBURY WINTHROP SHAW PITTMAN LLP | CASE NUMBER: |
|---|---|
| DEFENDANT: THE RUBY RESTAURANT GROUP, etc., et al. | 30-2018-00986898-CU-EN-CJC |

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**                                      Attachment 20

Name and last known address
Ruby's Palm Springs, Ltd., 155 S Palm Canyon Dr,
Palm Springs, CA 92262

Driver's license no.[last 4 digits] & state:          ☑ Unknown
Social Security no.[last 4 digits]:                      ☑ Unknown

Summons was personally served at or mailed to (address):
William N. Lobel, Pachulski Stang Ziehl & Jones,
Center Tower, 650 Town Center Drive, Suite 1500,
Costa Mesa, CA 92626 Tel: (310) 277-6910

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

**ATTACHMENT 20**
**(ABSTRACT OF JUDGMENT – CIVIL AND SMALL CLAIMS)**

EJ-001

| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):* | |
|---|---|

After recording, return to:
PILLSBURY WINTHROP SHAW PITTMAN LLP
BARBARA L. CROUTCH SB#151428
725 South Figueroa St., Suite 2800
Los Angeles, CA 90017-5406

TEL NO.: (213) 488-7100    FAX NO. *(optional):* (213) 629-1033
E-MAIL ADDRESS *(Optional):*

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

**Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder**

|||||||||||||| * $ R 0 0 1 0 0 6 8 7 1 9 $ *   150.00

2018000163557 2:06 pm 05/04/18
9 413 A03   3
0.00 0.00 0.00 0.00 6.00 60.00 0.000.0075.00 3.00

FOR RECORDER'S USE ONLY

PLAINTIFF: PILLSBURY WINTHROP SHAW PITTMAN LLP
DEFENDANT: THE RUBY RESTAURANT GROUP, etc., et al.

CASE NUMBER:
30-2018-00986898-CU-EN-CJC

| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended | FOR COURT USE ONLY |
|---|---|

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
      Name and last known address
      Ruby's Diner Laguna Beach, 30622 S. Coast Highway,
      Laguna Beach, CA 92651

   b.  Driver's license no. [last 4 digits] and state:    [X] Unknown
   c.  Social security no. [last 4 digits]:    [X] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626
      Tel: (310) 277-6910

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 S. Figueroa St., Suite 2800 Los Angeles, CA 90017

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

Date: May 3, 2018
Barbara L. Croutch
(TYPE OR PRINT NAME)

▶ *Barbara L. Croutch*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6.  Total amount of judgment as entered or last renewed:
   $617,453.74
7.  All judgment creditors and debtors are listed on this abstract.
8.  a.  Judgment entered on *(date):* April 27, 2018
   b.  Renewal entered on *(date):*

9.  [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
   is endorsed on the judgment as follows:
   a.  Amount: $
   b.  In favor of *(name and address):*

11. A stay of enforcement has
   a.  [X] not been ordered by the court.
   b.  [ ] been ordered by the court effective until *(date):*

12. a.  [X] I certify that this is a true and correct abstract of the judgment entered in this action.
   b.  [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*
5/4/18
David H. Yamasaki, Clerk of the Court    Clerk, by _____, Deputy    A. DANG

Form Adapted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.488,
674, 700.190

| PLAINTIFF:  PILLSBURY WINTHROP SHAW PITTMAN LLP<br>DEFENDANT:  THE RUBY RESTAURANT GROUP, etc., et al. | COURT CASE NO.:<br>30-2018-00986898-CU-EN-CJC |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.            Name and last known address

Ruby's Diner, Inc., 201 Shipyard Way, Suite E, Newport Beach, CA 92663

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626 Tel: (310) 277-6910

17.            Name and last known address

Ruby's SoCal Diners, LLC, 557 Wald, Irvine, CA 92618

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626 Tel: (310) 277-6910

18.            Name and last known address

Ruby's Huntington Beach, Ltd., 557 Wald, Irvine, CA 92618

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626 Tel: (310) 277-6910

19.            Name and last known address

Ruby's Oceanside, Ltd., 557 Wald, Irvine, CA 92618

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626 Tel: (310) 277-6910

20. ☒ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

| PLAINTIFF: PILLSBURY WINTHROP SHAW PITTMAN LLP | CASE NUMBER: |
|---|---|
| DEFENDANT: THE RUBY RESTAURANT GROUP, etc., et al. | 30-2018-00986898-CU-EN-CJC |

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**          **Attachment 20**

Name and last known address
Ruby's Palm Springs, Ltd., 155 S Palm Canyon Dr,
Palm Springs, CA 92262

Driver's license no.[last 4 digits] & state:    ☑ Unknown
Social Security no.[last 4 digits]:    ☑ Unknown

Summons was personally served at or mailed to *(address)*:
William N. Lobel, Pachulski Stang Ziehl & Jones,
Center Tower, 650 Town Center Drive, Suite 1500,
Costa Mesa, CA 92626 Tel: (310) 277-6910

Name and last known address

Driver's license no.[last 4 digits] & state:    ☐ Unknown
Social Security no.[last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

Name and last known address

Driver's license no.[last 4 digits] & state:    ☐ Unknown
Social Security no.[last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

Name and last known address

Driver's license no.[last 4 digits] & state:    ☐ Unknown
Social Security no.[last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

Name and last known address

Driver's license no.[last 4 digits] & state:    ☐ Unknown
Social Security no.[last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

Name and last known address

Driver's license no.[last 4 digits] & state:    ☐ Unknown
Social Security no.[last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

Name and last known address

Driver's license no.[last 4 digits] & state:    ☐ Unknown
Social Security no.[last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

Name and last known address

Driver's license no.[last 4 digits] & state:    ☐ Unknown
Social Security no.[last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

**This page is part of your document - DO NOT DISCARD**



# 20180443490



**Pages:**
**0005**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**05/04/18 AT 04:25PM**

| | |
|---|---:|
| FEES: | 48.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 123.00 |



**L E A D S H E E T**



201805043270045

00015206962



009066591

**SEQ:**
**01**

**DAR - Counter (Upfront Scan)**



**THIS FORM IS NOT TO BE DUPLICATED**

E497026

**When Recorded Mail To:**



**Barbara L. Croutch**
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406

## Title(s)

# Abstract of Judgment

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): | FOR RECORDER'S USE ONLY |
|---|---|

After recording, return to:
PILLSBURY WINTHROP SHAW PITTMAN LLP
BARBARA L. CROUTCH SB#151428
725 South Figueroa St., Suite 2800
Los Angeles, CA 90017-5406

TEL NO: (213) 488-7100    FAX NO. (optional): (213) 629-1033
E-MAIL ADDRESS (Optional):

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: PILLSBURY WINTHROP SHAW PITTMAN LLP
DEFENDANT: THE RUBY RESTAURANT GROUP, etc., et al.

CASE NUMBER:
30-2018-00986898-CU-EN-CJC

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Ruby's Diner Laguna Beach, 30622 S. Coast Highway, Laguna Beach, CA 92651

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626
      Tel: (310) 277-6910

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 S. Figueroa St., Suite 2800 Los Angeles, CA 90017

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: May 3, 2018
Barbara L. Crouch
(TYPE OR PRINT NAME)

▶ *Barbara L. Crouch*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $617,453.74
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): April 27, 2018
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on (date):
5/4/18
David H. Yamasaki, Clerk of the Court    Clerk, by _____, Deputy    A. DANG

Form Adapted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: PILLSBURY WINTHROP SHAW PITTMAN LLP | COURT CASE NO.: |
|---|---|
| DEFENDANT: THE RUBY RESTAURANT GROUP, etc., et al. | 30-2018-00986898-CU-EN-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.                Name and last known address
Ruby's Diner, Inc., 201 Shipyard Way, Suite E, Newport
Beach, CA 92663

Driver's license no. [last 4 digits] and state:
                                           ☒ Unknown
Social security no. [last 4 digits]:       ☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center
Tower, 650 Town Center Drive, Suite 1500, Costa Mesa,
CA 92626 Tel: (310) 277-6910

17.                Name and last known address
Ruby's SoCal Diners, LLC, 557 Wald, Irvine, CA 92618

Driver's license no. [last 4 digits] and state:
                                           ☒ Unknown
Social security no. [last 4 digits]:       ☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center
Tower, 650 Town Center Drive, Suite 1500, Costa Mesa,
CA 92626 Tel: (310) 277-6910

18.                Name and last known address
Ruby's Huntington Beach, Ltd., 557 Wald, Irvine, CA
92618

Driver's license no. [last 4 digits] and state:
                                           ☒ Unknown
Social security no. [last 4 digits]:       ☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center
Tower, 650 Town Center Drive, Suite 1500, Costa Mesa,
CA 92626 Tel: (310) 277-6910

19.                Name and last known address
Ruby's Oceanside, Ltd., 557 Wald, Irvine, CA 92618

Driver's license no. [last 4 digits] and state:
                                           ☒ Unknown
Social security no. [last 4 digits]:       ☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center
Tower, 650 Town Center Drive, Suite 1500, Costa Mesa,
CA 92626 Tel: (310) 277-6910

20. ☒ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL**
                          **AND SMALL CLAIMS**

| PLAINTIFF:  PILLSBURY WINTHROP SHAW PITTMAN LLP | CASE NUMBER: |
|---|---|
| DEFENDANT: THE RUBY RESTAURANT GROUP, etc., et al. | 30-2018-00986898-CU-EN-CJC |

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**                                    **Attachment 20**

Name and last known address

Ruby's Palm Springs, Ltd., 155 S Palm Canyon Dr,
Palm Springs, CA 92262

Driver's license no.[last 4 digits] & state:          ☑ Unknown
Social Security no.[last 4 digits]:                      ☑ Unknown

Summons was personally served at or mailed to (address):
William N. Lobel, Pachulski Stang Ziehl & Jones,
Center Tower, 650 Town Center Drive, Suite 1500,
Costa Mesa, CA 92626 Tel: (310) 277-6910

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state:          ☐ Unknown
Social Security no.[last 4 digits]:                      ☐ Unknown

Summons was personally served at or mailed to (address):

**EJ-001**

DOC# 2018-0181164

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
PILLSBURY WINTHROP SHAW PITTMAN LLP
BARBARA L. CROUTCH SB#151428
725 South Figueroa St., Suite 2800
Los Angeles, CA 90017-5406

TEL. NO.: (213) 488-7100   FAX NO. (optional): (213) 629-1033
E-MAIL ADDRESS (Optional):

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

May 04, 2018  04:01 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $95.00     (SB2 Atkins: $75.00)

PAGES: 3

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: PILLSBURY WINTHROP SHAW PITTMAN LLP

DEFENDANT: THE RUBY RESTAURANT GROUP, etc., et al.

| FOR RECORDER'S USE ONLY |
| --- |
| CASE NUMBER:
30-2018-00986898-CU-EN-CJC |

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor   [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Ruby's Diner Laguna Beach, 30622 S. Coast Highway, Laguna Beach, CA 92651

   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:   [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626
      Tel: (310) 277-6910

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 S. Figueroa St., Suite 2800 Los Angeles, CA 90017

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: May 3, 2018
Barbara L. Croutch
(TYPE OR PRINT NAME)

*Barbara L. Croutch*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $617,453.74

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* April 27, 2018
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*
5/4/18
David H. Yamasaki, Clerk of the Court

Clerk, by _____, Deputy

A. DANG

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF:  PILLSBURY WINTHROP SHAW PITTMAN LLP | COURT CASE NO.: |
|---|---|
| DEFENDANT:  THE RUBY RESTAURANT GROUP, etc., et al. | 30-2018-00986898-CU-EN-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13.  Judgment creditor *(name and address):*

14.  Judgment creditor *(name and address):*

15.  ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address
Ruby's Diner, Inc., 201 Shipyard Way, Suite E, Newport Beach, CA 92663

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:          ☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626 Tel: (310) 277-6910

17.          Name and last known address
Ruby's SoCal Diners, LLC, 557 Wald, Irvine, CA 92618

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:          ☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626 Tel: (310) 277-6910

18.          Name and last known address
Ruby's Huntington Beach, Ltd., 557 Wald, Irvine, CA 92618

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:          ☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626 Tel: (310) 277-6910

19.          Name and last known address
Ruby's Oceanside, Ltd., 557 Wald, Irvine, CA 92618

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:          ☒ Unknown

Summons was personally served at or mailed to *(address):*
William N. Lobel, Pachulski Stang Ziehl & Jones, Center Tower, 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626 Tel: (310) 277-6910

20.  ☒ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

| PLAINTIFF: PILLSBURY WINTHROP SHAW PITTMAN LLP | CASE NUMBER: |
|---|---|
| DEFENDANT: THE RUBY RESTAURANT GROUP, etc., et al. | 30-2018-00986898-CU-EN-CJC |

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**        **Attachment 20**

Name and last known address
Ruby's Palm Springs, Ltd., 155 S Palm Canyon Dr,
Palm Springs, CA 92262

Driver's license no.[last 4 digits] & state: ☑ Unknown
Social Security no.[last 4 digits]: ☑ Unknown

Summons was personally served at or mailed to (address):
William N. Lobel, Pachulski Stang Ziehl & Jones,
Center Tower, 650 Town Center Drive, Suite 1500,
Costa Mesa, CA 92626 Tel: (310) 277-6910

Name and last known address

Driver's license no.[last 4 digits] & state: ☐ Unknown
Social Security no.[last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

---

Name and last known address

Driver's license no.[last 4 digits] & state: ☐ Unknown
Social Security no.[last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state: ☐ Unknown
Social Security no.[last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

---

Name and last known address

Driver's license no.[last 4 digits] & state: ☐ Unknown
Social Security no.[last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state: ☐ Unknown
Social Security no.[last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

---

Name and last known address

Driver's license no.[last 4 digits] & state: ☐ Unknown
Social Security no.[last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

Name and last known address

Driver's license no.[last 4 digits] & state: ☐ Unknown
Social Security no.[last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

---

SDSC CIV-254 (New 5/09)

**ATTACHMENT 20**
**(ABSTRACT OF JUDGMENT – CIVIL AND SMALL CLAIMS)**

# EXHIBIT C

## NOTICE OF JUDGMENT LIEN
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form)

**18-7654307617**
**06/14/2018 15:56**

A. NAME & PHONE OF FILER'S CONTACT (optional)

B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)

Return To:



WWW.CLASINFO.COM
2020 HURLEY WAY, SUITE 350
SACRAMENTO, CA 15825
TEL. 916.564.7800 / 800.952.5696
FAX 916.564.7800

account number  8789 AM LN

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

70933900002  UCC 1 FILING

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** – Insert only one name, either 1a or 1b. Do not abbreviate or combine names.

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Ruby's Diner Laguna Beach | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 30622 S. Coast Highway | Laguna Beach | CA | 92651 | US |

**2. JUDGMENT CREDITOR'S NAME** – Do not abbreviate or combine names.

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 725 S. Figueroa Street, Suite 2800 | Los Angeles | CA | 90017 | US |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A. Title of court where judgment was entered: Orange County Superior Court

B. Title of the action: PILLSBURY WINTHROP SHAW PITTMAN LLP v. THE RUBY RESTAURANT GROUP

C. Number of this action: 30-2018-00986898-CU-EN-CJC

D. Date judgment was entered: April 27, 2018

E. Date of subsequent renewals of judgment (if any): None

F. Amount required to satisfy judgment at date of this notice: $ 645,366.74

G. Date of this notice: June 14, 2018

**4.** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Barbara N. Crouch

SIGNATURE – SEE INSTRUCTION NO. 4

Dated: June 14, 2018
(If not indicated, use same as date in item 3G.)

FOR: PILLSBURY WINTHROP SHAW PITTMAN LLP

NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev 6/01)
Approved by the Secretary of State

70933900002

# JUDGMENT LIEN ADDENDUM
**FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)**

**5. NAME OF JUDGMENT DEBTOR:**  (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME  Ruby's Diner Laguna Beach | | | |
|---|---|---|---|
| 5b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**6. ADDITIONAL JUDGMENT DEBTOR – insert only one name (6a or 6b):**

| 6a. ORGANIZATION'S NAME  Ruby's Diner, Inc. | | | | | |
|---|---|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 6c. MAILING ADDRESS  201 Shipyard Way, Suite E | CITY  Newport Beach | STATE  CA | POSTAL CODE  92663 | | COUNTRY  US |

**7. ADDITIONAL JUDGMENT DEBTOR – insert only one name (7a or 7b):**

| 7a. ORGANIZATION'S NAME  Ruby's SoCal Diners, LLC | | | | | |
|---|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS  557 Wald | CITY  Irvine | STATE  CA | POSTAL CODE  92618 | | COUNTRY  US |

**8. ADDITIONAL JUDGMENT DEBTOR – insert only one name (8a or 8b):**

| 8a. ORGANIZATION'S NAME  Ruby's Huntington Beach, Ltd. | | | | | |
|---|---|---|---|---|---|
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 8c. MAILING ADDRESS  557 Wald | CITY  Irvine | STATE  CA | POSTAL CODE  92618 | | COUNTRY  US |

**9. ADDITIONAL JUDGMENT CREDITOR – insert only one name (9a or 9b):**

| 9a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 9c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

**10. ADDITIONAL JUDGMENT CREDITOR – insert only one name (10a or 10b):**

| 10a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

# JUDGMENT LIEN ADDENDUM
**FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)**

70933900002

**5. NAME OF JUDGMENT DEBTOR:** (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME Ruby's Diner Laguna Beach | | | |
|---|---|---|---|
| 5b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**6. ADDITIONAL JUDGMENT DEBTOR – insert only one name (6a or 6b):**

| 6a. ORGANIZATION'S NAME Ruby's Oceanside, Ltd. | | | | | |
|---|---|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 6c. MAILING ADDRESS 557 Wald | CITY Irvine | STATE CA | POSTAL CODE 92618 | COUNTRY US | |

**7. ADDITIONAL JUDGMENT DEBTOR – insert only one name (7a or 7b):**

| 7a. ORGANIZATION'S NAME Ruby's Palm Springs, Ltd. | | | | | |
|---|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS 155 S. Palm Canyon Dr. | CITY Palm Springs | STATE CA | POSTAL CODE 92262 | COUNTRY US | |

**8. ADDITIONAL JUDGMENT DEBTOR – insert only one name (8a or 8b):**

| 8a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 8c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**9. ADDITIONAL JUDGMENT CREDITOR – insert only one name (9a or 9b):**

| 9a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 9c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**10. ADDITIONAL JUDGMENT CREDITOR – insert only one name (10a or 10b):**

| 10a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

70933900002

3660689

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
04/25/2018 at 12:27:57 PM
Clerk of the Superior Court
By eClerk, Deputy Clerk

1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BARBARA L. CROUCH SB#151428
2  barbara.crouch@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
3  Los Angeles, CA 90017-5406
   Telephone: (213) 488-7100
4  Facsimile: (213) 629-1033

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JOHN M. GRENFELL SB#88500
6  john.grenfell@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
7  San Francisco, CA 94111-5998
   Telephone: (415) 983-1000
8  Facsimile: (415) 983-1200

9  Attorneys for Claimant
   PILLSBURY WINTHROP SHAW PITTMAN LLP

10

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

APR 27 2018

DAVID H. YAMASAKI, Clerk of the Court

BY_____,DEPUTY

11

12            SUPERIOR COURT OF THE STATE OF CALIFORNIA

13               IN AND FOR THE COUNTY OF ORANGE

14                                    )  Case No. 30-2018-00986898-CU-EN-CJC
   PILLSBURY WINTHROP SHAW            )
15 PITTMAN LLP,                       )  [PROPOSED] ORDER CONFIRMING
                                      )  CONTRACTUAL STIPULATED
16                    Petitioner,     )  ARBITRATION AWARD AND
                                      )  ENTERING JUDGMENT THEREON
17        v.                          )
                                      )  Date:  April 27, 2018
18 THE RUBY RESTAURANT GROUP,         )  Time:  9:30 am
   RUBY'S DINER LAGUNA BEACH, AND     )  Dept:  C-14
19 RUBY'S DINER, INC., RUBY'S SOCAL   )  Judge: Hon. Jeffrey Moss
   DINERS, LLC, RUBY'S HUNTINGTON     )
20 BEACH, LTD., RUBY'S OCEANSIDE, and )
   RUBY'S PALM SPRINGS, LTD.          )
21                                    )
                    Respondents.      )
22                                    )

23

24

25

26

27 1047293.1

70933900002

1

2        Petitioner Pillsbury Winthrop Shaw Pittman LLP is a party to an underlying arbitration that

3  was presided over by Arbitrator Daniel Ben-Zvi of the American Arbitration Association ("AAA").

4  Petitioner now seeks judicial confirmance of the Stipulated Award, which was issued on April 29,

5  2016. The Stipulated Award is attached to this Order and Judgment as Exhibit A.

6        Based on the matters set forth in Petitioners' Petition and the evidence submitted in support

7  thereof, and good cause appearing;

8        Pursuant to California Code of Civil Procedure section 1287.4, the Stipulated Award is

9  CONFIRMED in all respects.

10       JUDGMENT IS HEREBY ENTERED in favor of Petitioner as follows:

11       Respondents Ruby's Diner Laguna Beach, Ruby's Diner, Inc., and Ruby's SoCal Diners,

12  LLC, Ruby's Huntington Beach, Ltd., Ruby's Oceanside, Ltd., and Ruby's Palm Springs, Ltd.,

13  shall pay to Petitioner the following amount: $617,453.74.

14       Petitioner is entitled to pre-judgment interest at the statutory rate from December 31, 2017,

15  to the date of this Order. Petitioner is further entitled to post-judgment interest at the statutory rate

16  from the date of this Order until such judgment is paid in full.

17  DATED: 4/27/16

18

19                             Judge of the Superior Court

                                   ROBERT J. MOSS

20

21

22

23

24

25

26

27  1067593.1

28

[PROPOSED] ORDER CONFIRMING CONTRACTUAL STIPULATED
ARBITRATION AWARD AND ENTERING JUDGMENT THEREON

4814-3600-5680 v2

70933900002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

1067293.1

3

[PROPOSED] ORDER CONFIRMING CONTRACTUAL STIPULATED
ARBITRATION AWARD AND ENTERING JUDGMENT THEREON

4814-5600-5680 v2

70933900002



PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTINE A. SCHEUNEMAN
christine.scheuneman@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5-406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL
john.grenfell@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Claimant
PILLSBURY WINTHROP SHAW PITTMAN LLP

AMERICAN ARBITRATION ASSOCIATION

COMMERCIAL ARBITRATION TRIBUNAL - LOS ANGELES

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP, | No. 01-15-0004-5302 |
| Claimant, | AMENDED STIPULATED ARBITRATION AWARD NUNC PRO TUNC PURSUANT TO SETTLEMENT |
| v. | |
| THE RUBY RESTAURANT GROUP, RUBY'S DINER LAGUNA BEACH, AND RUBY'S DINER, INC., | Arbitrator: Daniel Ben-Zvi |
| Respondents. | |

4830-5429-8930 v

AMENDED STIPULATED ARBITRATION AWARD
NUNC PRO TUNC PURSUANT TO SETTLEMENT

4

196/294.1

[PROPOSED] ORDER CONFIRMING CONTRACTUAL STIPULATED
ARBITRATION AWARD AND ENTERING JUDGMENT THEREON

4814-5600-5680.v2

70933900002

1    This matter came before the Arbitrator in connection with the Commercial Arbitration
2    Rules Demand for Arbitration, dated August 5, 2015 (the "Arbitration Demand") by Claimant
3    Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury").
4        The parties have entered into a Settlement Agreement and Release of Claims ("Settlement")
5    with respect to the subject matter of the Arbitration Demand, and have also entered into a First
6    Amendment thereto for the purpose of correctly identifying the parties to the Settlement. The
7    Settlement (as amended) provides in pertinent part that the Arbitrator will issue a Stipulated
8    Award. In addition, the parties have agreed that, in order to effectuate the terms of the Settlement
9    (as amended), additional parties shall submit to the jurisdiction of the American Arbitration
10   Association in this matter and shall be subject to the terms of the Stipulated Award and any
11   judgment entered thereon.
12       Having considered the Arbitration Demand, the Settlement Agreement and First
13   Amendment thereto, and being fully advised in the premises, the Arbitrator hereby awards the
14   following against Respondents Ruby's Diner Laguna Beach, Ruby's Diner, Inc., and The Ruby
15   Restaurant Group, and against Ruby's SoCal Diners, LLC, Ruby's Huntington Beach, Ltd., Ruby's
16   Oceanside, Ltd., and Ruby's Palm Springs, Ltd., jointly and severally:
17       The principal sum of $667,433.74.
18   DATED this 7th day of April 2016,

                                        [signature]
                                        Daniel Ben-Zvi

19
20
21
22
23
24

4830-5429-6930.v1                                    [STIPULATED ARBITRATION AWARD
                                                     NUNC PRO TUNC PURSUANT TO SETTLEMENT]

[PROPOSED] ORDER CONFIRMING CONTRACTUAL STIPULATED
ARBITRATION AWARD AND ENTERING JUDGMENT THEREON

4814-5600-3680.v2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
PILLSBURY WINTHROP SHAW PITTMAN LLP
12255 El Camino Real, suite 300, San Diego, CA 92130

A true and correct copy of the foregoing document entitled (*specify*):

**CONDITIONAL OBJECTION TO DEBTORS' MOTIONS FOR ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL, AND (C) GRANTING RELATED RELIEF; AND REQUEST FOR ADEQUATE PROTECTION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 8, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- George B Blackmar    gblackmar@bpslaw.net
- Dustin P Branch    branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- Meghan Canty    mcanty@tocounsel.com, lhyska@tocounsel.com;lkwon@tocounsel.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Alan J Friedman    afriedman@shbllp.com, lgauthier@shbllp.com
- Eric J Fromme    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- Richard H Golubow    rgolubow@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Garrick A Hollander    ghollander@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- David S Kupetz    dkupetz@sulmeyerlaw.com,
  dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- William N Lobel    wlobel@pszjlaw.com,
  nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- Robert S Marticello    Rmarticello@swelawfirm.com,
  csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Jessica G McKinlay    mckinlay.jessica@dorsey.com
- Malcolm D Minnick    dminnick@pillsburylaw.com, m.minnick@comcast.net
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On January 8, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Croudace & Dietrich LLP
2151 Michelson Drive Suite 162
Irvine, CA 92612

Kate Napoli
19512 Pompano Lane #108
Huntington Beach, CA 92648

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 8, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>Via Personal Delivery</u>**

Hon. Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2019 | Candace J. Kleiner | /s/ Candace J. Kleiner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**